# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __4.63__ on account his/her credit at (name of institution) __Delores J. Baylor Women's Correctional Inst.__

I further certify that the applicant has the following securities to his/her credit: __none__

I further certify that during the past six months the applicant's average monthly balance was $ __13.25__ and the average monthly deposits were $ __77.46__

__7-26-05__
Date

__[signature]__
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

05-587



FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Account Activity Ledger
### From: 02/26/2005 To: 07/26/2005

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00212211 | Name RICKETTS, FRANSHAWN | | | Block 3 | | | Previous Balance | 17.56 |
| REC 02/26/05 | 02/28/2005 | 12:07 | B#36287 | D | | 20.00 | | 37.56 |
| KIT.PAY.1/23-2/26 | 02/28/2005 | 15:48 | B#36327 | D | | 4.77 | | 42.33 |
| Sales Transaction | 03/01/2005 | 09:32 | I#69241 | I | 20.61 | | | 21.72 |
| P/T GOLDERN DOVE 03/ | 03/01/2005 | 15:07 | B#36335 | W | | | -12.07 | 9.65 |
| Sales Transaction | 03/08/2005 | 08:48 | I#69452 | I | 6.61 | | | 3.04 |
| REC.3/12 | 03/14/2005 | 14:46 | B#36522 | D | | 20.00 | | 23.04 |
| Sales Transaction | 03/15/2005 | 08:23 | I#69673 | I | 22.64 | | | 0.40 |
| MCP.3/15 | 03/16/2005 | 10:03 | B#36539 | W | | | -4.00 | -3.60 |
| REC.3/19 | 03/21/2005 | 15:55 | B#36601 | D | | 30.00 | | 26.40 |
| Sales Transaction | 03/22/2005 | 09:41 | I#69891 | I | 13.31 | | | 13.09 |
| MCP.3/28 | 04/05/2005 | 13:28 | B#36765 | W | | | -4.00 | 9.09 |
| MCP.3/29 | 04/05/2005 | 13:30 | B#36765 | W | | | -4.00 | 5.09 |
| REC.4/22 | 04/25/2005 | 14:37 | B#37059 | D | | 50.00 | | 55.09 |
| Sales Transaction | 04/26/2005 | 10:36 | I#71188 | I | 49.64 | | | 5.45 |
| Sales Transaction | 05/02/2005 | 09:28 | I#71230 | I | 5.36 | | | 0.09 |
| REC.4/30 | 05/02/2005 | 11:48 | B#37162 | D | | 50.00 | | 50.09 |
| REC.5/2 | 05/03/2005 | 15:22 | B#37186 | D | | 20.00 | | 70.09 |
| REC.5/5 | 05/05/2005 | 14:22 | B#37222 | D | | 30.00 | | 100.09 |
| ZOE.PIZZA.FNDRSR.5/5 | 05/05/2005 | 15:24 | B#37223 | W | | | -8.00 | 92.09 |
| ZOE.PIZZA.FNDRSR.5/5 | 05/05/2005 | 15:58 | B#37225 | W | | | -9.00 | 83.09 |
| ZOE.ICE.CREAM.FNDRSR | 05/05/2005 | 16:32 | B#37226 | W | | | -2.50 | 80.59 |
| COMM.CRDT.5/6 | 05/06/2005 | 16:51 | B#37239 | D | | 1.49 | | 82.08 |
| Sales Transaction | 05/10/2005 | 10:00 | I#71434 | I | 56.46 | | | 25.62 |
| COMM.CRDT.5/13 | 05/13/2005 | 15:48 | B#37329 | D | | 12.36 | | 37.98 |
| EXTRA.ZOE.PIZZA.5/16 | 05/16/2005 | 14:51 | B#37343 | W | | | -8.00 | 29.98 |
| HP.5/18 | 05/18/2005 | 14:47 | B#37375 | W | | | -25.61 | 4.37 |
| REC.5/21 | 05/23/2005 | 16:40 | B#37439 | D | | 20.00 | | 24.37 |
| Sales Transaction | 05/24/2005 | 10:08 | I#71803 | I | 22.81 | | | 1.56 |
| KIT.PAY.4/24-5/28 | 06/01/2005 | 13:17 | B#37542 | D | | 6.93 | | 8.49 |
| KIT.PAY.4/24-5/28 | 06/01/2005 | 13:17 | B#37542 | D | | 15.24 | | 23.73 |
| ZOE.CHICKEN.FNDRSR.6 | 06/01/2005 | 14:23 | B#37544 | W | | | -11.50 | 12.23 |
| COMM.STORE.6/3 | 06/06/2005 | 11:54 | B#37592 | W | | | -3.63 | 8.60 |
| HP.CRDT.5/18 | 06/06/2005 | 13:21 | B#37596 | D | | 3.99 | | 12.59 |
| REC.6/3 | 06/06/2005 | 15:13 | B#37602 | D | | 35.00 | | 47.59 |
| Sales Transaction | 06/07/2005 | 07:28 | I#72194 | I | 45.94 | | | 1.65 |
| REC.6/10 | 06/13/2005 | 10:39 | B#37699 | D | | 10.00 | | 11.65 |
| Sales Transaction | 06/14/2005 | 10:10 | I#72433 | I | 11.41 | | | 0.24 |
| REC.6/23 | 06/24/2005 | 11:18 | B#37870 | D | | 35.00 | | 35.24 |
| Sales Transaction | 06/28/2005 | 11:13 | I#72818 | I | 34.04 | | | 1.20 |
| KIT.PAY.5/22-6/25 | 06/29/2005 | 16:44 | B#37931 | D | | 20.00 | | 21.20 |
| HP.6/30 | 06/30/2005 | 15:34 | B#37959 | W | | | -8.75 | 12.45 |
| REC.7/4 | 07/05/2005 | 15:24 | B#38011 | D | | 40.00 | | 52.45 |
| COMM.STORE.7/8 | 07/08/2005 | 15:54 | B#38064 | W | | | -18.02 | 34.43 |
| REC.7/8 | 07/11/2005 | 14:37 | B#38085 | D | | 20.00 | | 54.43 |

**Account Activity Ledger**
From: 02/26/2005 To: 07/26/2005

Date : 07/26/2005
Time : 13:13

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00212211 | Name RICKETTS, FRANSHAWN | | | Block 3 | | | Previous Balance | 54.43 |
| ZOE.SUBS.7/11 | 07/11/2005 | 14:59 | B#38087 | W | | | -13.00 | 41.43 |
| Sales Transaction | 07/12/2005 | 09:24 | I#73220 | I | 39.80 | | | 1.63 |
| MCP.7/11 | 07/12/2005 | 16:17 | B#38098 | W | | | -6.00 | -4.37 |
| PSTD.7/21 | 07/21/2005 | 17:43 | B#38233 | D | | 20.00 | | 15.63 |
| CUL.ARTS.FNDRSR.PORK | 07/25/2005 | 15:55 | B#38281 | W | | | -11.00 | 4.63 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 21 | For $ | 464.78 |
| Withdraws | 16 | For $ | -149.08 |
| Invoices | 12 | For $ | 328.63 |