**ORIGINAL**

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Franshawn Ricketts 00212211
(Name of Plaintiff)   (Inmate Number)

BWCI 660 Baylor Blvd Newcastle
(Complete Address with zip code) Delaware 19720

(2) _____
(Name of Plaintiff)   (Inmate Number)

05-587
(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) STANLEY TAYLOR
(2) PAUL HOWARD
(3) Patrick Ryan
(Names of Defendants) NEXT pg 2

**CIVIL COMPLAINT**

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

yes – 2003-2004 – retaliation, discrimination, Equal
practice of prison classifications. (490 G.S. ?)
Judge Gregory Sleet.

FILED
AUG 10 2005
U.S. DISTRICT COURT

By mail
FR

United States District Court   Civil Rights Act 42 U.S.C. § 1983

2

ADDITIONAL Defendents

Director GWEN Empson

CiviGinics • prison Treatment

SHARLEEN Hudson. ✱ PLEASE DROP from Case

United States District Court    Civil Rights Act 42 U.S.C. § 1983

1

# I JURISDICTION

1. This court had jurisdiction over plaintiff's Federal claims pursuant to 28 U.S.C.§ § 1331 and 1343 (a)(3).

# II VENUE

2. The district court of Delaware is an appropriate venue under 28 U.S.C. §§ 1391(b)(2) because of a substantial part pf the events or omissions giving rise to the claims occurred in this district.

# III Parties

** Plaintiff - Franshawn Ricketts is currently an inmate at the Delores J. Baylor Correctional (womens') correctional institution. She is sentenced.

** Defendent - Taylor is the commissioner of the department of Corrections. Taylor is responsible for conditions and operation of B.W.C.I. Maintance control and

United States District Court    Civil Rights Act 42 U.S.C. § 1983

2

operation of the department regulating the nature and limitations of authorized punishment for violation of the rules established for the government. He is sued in his individual and official capacity. (SEE Del Code Ann. 11 § 6516, 6517)

** Defendent - Paul Howard is the Bureau Cheif of Prisons. He responsible for overseeing the Departments of Corrections Wardens (SEE Del. Code Ann 11 6520) He is sued in his individual and Official Capacity.

** Defendent - Patric Ryan is Warden of Delose J. Baylor Women's Corrections. He is responsable for overseeing Administration and Security Staff and he is final

United States District Court   Civil Rights Act 42 U.S.C. § 1983

decision maker (See Del. Code Ann 11 6520) He is sued in his individual and official capacity.

** Director Gwen Empson. Is The Director of The Key Village drug treatment program inside the Womens Correction at Delose Ja Baylor. She is responsible for the entire Treatment program and all its functions. Final decission maker.

** Defendent - CivGinics - Contracted under the department of Corrections to provide treatment for prisoners volunteered + Court Order defendents.

** Defendent - Sharleen Hudson. is the SR Counselor + Classifications Officers

United States District Court   Civil Rights Act 42 U.S.C. § 1983

She's responsible for all sentenced offenders their program & institution adjustment.

Classifications Chairperson.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? Meeting with Inst. Counselor, Meeting with dir + Sup of program, grievance, letter to Corporate office, letters to warden, attempted a Sup. Court Modification

2. What was the result? No results - Court order was violated. The program did not comply.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Mr Stanley Taylor
Employed as D.O.C. Commissioner at Department of Corrections
Mailing address with zip code: 245 McKee Road, Dover Delaware 19904.

(2) Name of second defendant: Mr Paul Howard
Employed as DOC Bureu Chief at Department of Corrections
Mailing address with zip code: 245 McKee Road Dover Delaware 19904

(3) Name of third defendant: Mr Patric Ryan
Employed as Warden at D.J. Baylor W.C.I
Mailing address with zip code: 6600 Baylor Blvred Newcastle. Del 19720.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

ADDITIONAL Mailing information

Pg. 3

United States District Court   Civil Rights Act 42 U.S.C. § 1983

Mrs Gwen Empson

Director of CiviGinics prison Treatment program

Delose Jay Baylor W.C.I, 660 Baylor Blvrd

New Castle Delaware, 19720

CiviGinics Prison Treatment facility

Corporate office 100 Locke Drive

Marlborogh Ma 01752

SNarkeen Hudson

SR Counselor - Classification Chairperson

D.J. Baylor Womens Correctional Institute

660 Baylor Blvrd. NewCastle. Delaware

19720

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I was granted 2, 2 hour court order visits from family court a week w/ my daughter whom I birth while here in jail and have resided from 2001 - to date.

2. I volunteered into the key program in 2002 shortly after having my child. I was discharge from the program because of my court order visits after 60 days. approx. By Director Gwen.

3. Sharleen Hudson told me I wouldn't recieve institutional support if I didnt attend this programs to just let my visit go despite they were court ordeed.

pg 4.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Cash award of 50.000,00 to be given to my daughter on her 18Th birthday.
Director Gwen repramanded to insure no other mother + child have to indure this action.

3

United States District Court    Civil Rights Act 42 U.S.C. § 1983

# 4

I wrote Warden Ryan.

I EVEN put a motion into my Sentencing Judge who referred me back to family court.

I wrote Civi Ginuc's Corporate Office with no response.

I went back into the Key without my Court order Visits in 2004. WERE I stayed + completed (10 months)

To learn other inmates recieve court order Visits from family Court with their children

* This is discrimination, and a Violation of a court order in a State facility.

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25Th day of July, 2005.

_Shanshain Ricketts_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## CERTIFICATE OF SERVICE

I, franshawn Ricketts, hereby certify that I have served a true and correct cop(ies) of the attached: 1983 Civil Suit- United States Distric Court upon the following parties/person(s):

TO: United States Distric Court

TO: Attorney General Offices

TO: Stanley Taylor ETEL

TO: CiviGinics ETEL

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the States at the Baylor Women's Correctional Institution, 660 Baylor Blvd., New Castle, DE 19720.

On this 6 day of Aug, 2005.

franshawn Ricketts



F. Ricketts
660 Baylor Blvd
New Castle, Delaware
19720

RECEIVED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware
19801

BS
from BK