FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FORM #584

05-587

# GRIEVANCE FORM

FACILITY: B.W.C.I.   DATE: 7/21/05
GRIEVANT'S NAME: Treatment Service   SBI#: 00212211
CASE#: 2 (2003-2004)   TIME OF INCIDENT:
HOUSING UNIT: 3

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Nov 18th 2004, I was discharged from the key program for not spending enough hours in the community due to Court order visits with my at the time 9 month old daughter, however after a modification to the courts on Jan 2004 my Judge stated without LS Treatment + a letter of Rec from D.O.C. I wouldn't recieve a modification of sentence. I was re-Classified were I was told by Sr. Counselor Hudson in the company of Mrs Mazzio and Sup Colleen Shatzburgh. if I gave up my court order visits and completed the program they would write my letter of Rec. I've been Completed Now since April 11.05 and still havnt Recieved a letter after numerous letters to Treatment service staff and Warden Ryan. (Hudson + Shotzburgh.)

ACTION REQUESTED BY GRIEVANT: Re Classification in Status of the remaining time, Classification hearing between me, Mrs Hudson, Schatzburg, chief of Security D.W. Master, ST Lt. Smith

GRIEVANT'S SIGNATURE: Beketts   DATE: 7.21.05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT