IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANSHAWN RICKETTS | : |
| Plaintiff | : |
| v. | : Civil Action No. 05-587 GMS |
| STANLEY TAYLOR, et al. | : |
| Defendants | : |

### ORDER DISMISSING CASE

WHEREAS, on August 10, 2005, a complaint was filed in the above-captioned case;

WHEREAS, on August 31, 2005, the court granted the motion to proceed in forma pauperis, and directed the plaintiff to return the payment authorization form within 30 days. The plaintiff was advised that failure to do so would result in the dismissal of the complaint;

WHEREAS, no further action is reflected on the docket since August 31, 2005;

IT IS ORDERED that:

The plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE.

Dated: October __14__, 2005

_____
UNITED STATES DISTRICT JUDGE

FILED

OCT 1 4 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE